# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Robert Scott Schnars        BK NO. 19-05102 RNO

         Debtor(s)        Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of USAA FEDERAL SAVINGS BANK and index same on the master mailing list.

            Respectfully submitted,

            **/s/ James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            215-627-1322