```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 19-05102-RNO
Robert Scott Schnars                                              Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke             Page 1 of 2          Date Rcvd: Feb 13, 2020
                              Form ID: ntcnfhrg           Total Noticed: 55
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
```
db              Robert Scott Schnars,    1345 Tallman Hollow Road,    Montoursville, PA   17754-8591
5276413         American Express,    PO Box 981535,    El Paso, TX 79998-1535
5294012         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5276414        +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
5276417         Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
5276418        +Citibank Customer Service,    PO Box 6500,    Sioux Falls, SD 57117-6500
5294365         Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
5290990        +Courtney Hunter c/o Grant M Kelley Family Supp. Di,    Family Support Division,    11 S Water St,
                 Liberty, MO 64068-2370
5276421        +First Bankcard,    PO Box 2340,    Omaha, NE 68103-2340
5276422        +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5285596        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5276424        +Jeffrey Rowe,    442 William Street,    Williamsport, PA 17701-6116
5276425        +Jpmcb Card,    Po Box 15298,    Wilmington, DE 19850-5298
5276428        +LeeAnn Sickels,    1345 Tallman Hollow Road,    Montoursville, PA 17754-8591
5276430        +Lending Club Corp,    595 Market Street,    San Francisco, CA 94105-2807
5276431         Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
5276433        +Lycoming County Central Collections,    48 West Third Street,    Williamsport, PA 17701-6536
5276435        +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
5276436        +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
5276440        +Northumberland Co Drs,    370 Market St,    Sunbury, PA 17801-3404
5276447        +Sallie Mae Bank Inc,    Po Box 3229,    Wilmington, DE 19804-0229
5276449        +Sunoco Rewards Card,    6716 Grade Lane,    Building 9, Suite 910,    Louisville, KY 40213-3410
5276451        +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
5291097        +USAA Federal Bank,    c/o Nationstar Mortgage LLC dba Mr. Coop,    P.O. Box 619096,
                 Dallas, TX 75261-9096
5276454        +USAA Federal Savings Bank,    8950 Cypress Waters Blvd,    Suite B,    Coppell, TX 75019-4620
5276452        +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
5276453         Usaa Federal Savings B,    Po Box 47504,    San Antonio, TX 78265
5276455        +Usaa Savings Bank,    10750 Mcdermott,    San Antonio, TX 78288-1600
5276457        +Woodlands Bank,    2450 E 3rd St,    Williamsport, PA 17701-4082
5276456        +Woodlands Bank,    2450 East Third Street,    Williamsport, PA 17701-4082
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 19:58:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5293595         E-mail/Text: Bankruptcy@absoluteresolutions.com Feb 13 2020 19:36:04
                 Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                 8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
5280583         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 13 2020 19:47:37
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5276416        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 13 2020 19:47:39     Capital One, N.a.,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
5277811        +E-mail/Text: bankruptcy@cavps.com Feb 13 2020 19:36:37     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5280294         E-mail/Text: mrdiscen@discover.com Feb 13 2020 19:36:06     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
5276419        +E-mail/Text: mrdiscen@discover.com Feb 13 2020 19:36:06     Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
5276420        +E-mail/Text: bknotice@ercbpo.com Feb 13 2020 19:36:30     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
5296322         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 19:46:21     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5294932        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 13 2020 19:36:27     Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
5276438        +E-mail/Text: DFAS.bankruptcynotices@dss.mo.gov Feb 13 2020 19:36:44     Mo Family Support Divi,
                 Po Box 2320,    Jefferson City, MO 65102-2320
5281271        +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 13 2020 19:36:50     NAVY FEDERAL CREDIT UNION,
                 P O BOX 3000,    MERRIFIELD, VA 22119-3000
5276439        +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 13 2020 19:36:51     Navy Federal Cr Union,
                 820 Follin Ln Se,    Vienna, VA 22180-4907
5288284         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 19:46:56
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
5276441        +E-mail/Text: recovery@paypal.com Feb 13 2020 19:36:03     Paypal Credit,    2211 North First St,
                 San Jose, CA 95131-2021
5276443        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 19:46:56
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5294547        +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 13 2020 19:36:35     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5289062          E-mail/Text: bnc-quantum@quantum3group.com Feb 13 2020 19:36:21
                 Quantum3 Group LLC as agent for,    JHPDE SPV II LLC,    PO Box 788,    Kirkland, WA  98083-0788
5277255          E-mail/Text: bnc-quantum@quantum3group.com Feb 13 2020 19:36:20
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
5300442          E-mail/Text: ebn_bkrt_forms@salliemae.com Feb 13 2020 19:36:44      Sallie Mae,   PO Box 3319,
                 Wilmington, DE  19804-4319
5276450         +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:46:11      Syncb/lowes,   Po Box 956005,
                 Orlando, FL  32896-0001
5276663         +E-mail/PDF: gecsedi@recoverycorp.com Feb 13 2020 19:46:11      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
5297675         +E-mail/Text: bncmail@w-legal.com Feb 13 2020 19:36:32      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, P.S,    2001 WESTERN AVE, STE 400,    SEATTLE WA  98121-3132
5295356         +E-mail/Text: bncmail@w-legal.com Feb 13 2020 19:36:32      USAA FEDERAL SAVINGS BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA  98121-3132
5294399          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 13 2020 19:47:07      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5276412        Melissa E. Schnars,    Unknown,   Lewisburg, PA
5276415*      +Best Buy/cbna,   Po Box 6497,    Sioux Falls, SD  57117-6497
5276423*      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD  57107-0145
5276426*      +Jpmcb Card,   Po Box 15298,    Wilmington, DE  19850-5298
5276427*      +Jpmcb Card,   Po Box 15298,    Wilmington, DE  19850-5298
5276429*      +LeeAnn Sickels,    1345 Tallman Hollow Road,    Montoursville, PA  17754-8591
5276432*       Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC  29602
5276434*      +Lycoming County Central Collections,    48 West Third Street,    Williamsport, PA  17701-6536
5276437*      +Midland Funding,    320 East Big Beaver,    Troy, MI  48083-1271
5276444*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
5276445*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
5276446*      +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
5276448*      +Sallie Mae Bank Inc,    Po Box 3229,   Wilmington, DE  19804-0229
5276442      ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA  17104-3425
                                                                                    TOTALS: 1, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    USAA Federal Savings Bank, N.A. bkgroup@kmllawgroup.com
              Matthew Joseph Zeigler    on behalf of Debtor 1 Robert Scott Schnars mjzeigler@comcast.net,
               r59360@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Robert Scott Schnars,   Chapter   13

    **Debtor 1**

Case No.   4:19−bk−05102−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 13, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street,<br>Williamsport, PA 17701 | Date: March 20, 2020<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing (*L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St, Rm320, Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 13, 2020 |

ntcnfhrg (03/18)