# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Robert Scott Schnars

|  |  |
|---|---|
| Chapter: | 13 |
| Case No.: | 4:19-bk-05102 |

Debtor(s)

## NOTICE

The confirmation hearing on the 1st___ Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: 4/17/2020_____ Time: 10:00 am_____

Location: U.S. Courthouse, 3rd Floor Courtroom, 240 W. Third St, Williamsport, PA 17701

The deadline for filing objections to confirmation of the Plan is: 4/10/2020_____.

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO"):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 3/12/2020_____   Filed by:   /s/Matthew J. Zeigler #83367_____

353 Pine St, Suite 3_____

Williamsport, PA 17701_____

LOCAL BANKRUPTCY FORM 3015-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Robert Scott Schnars**

CHAPTER 13
CASE NO. | **4:19-bk-05102** |

☐ ORIGINAL PLAN
<u>XAMENDED</u> AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.      PLAN FUNDING AND LENGTH OF PLAN.**

   **A.      Plan Payments From Future Income**

   1. To date, the Debtor paid $__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is **$93,346.20**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1 | 60 | 1,555.77 | 0.00 | 1,555.77 | 93,346.20 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $93,346.20 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit

payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☐ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

■ Debtor is over median income. Debtor estimates that a minimum of $**0.00** must be paid to allowed unsecured creditors in order to comply with the Means Test.

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**118,397.45**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

_____

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Mariner Finance | 2006 Ford Mustang 125000 miles<br>Vehicle: Engine is BAD | 6621 |
| Usaa Federal Savings B | 2005 Ford F350 - SRW 125,000 miles<br>Vehicle: Lifted to extent of PA DOT Law | 0652 |
| USAA Federal Savings Bank | 1435 Scott St Williamsport, PA 17701  Lycoming County<br>3 beds 3 baths 1382 sq ft rental<br>administered by Vested Estates LLC | 5700 |
| Woodlands Bank | 1431/1433 Scott Street Williamsport, PA 17701<br>Lycoming County<br>6 bedrooms 2 baths 2080 sq. ft Duplex<br>Administered by Vested Estates LLC | 2166 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Woodlands Bank | 1345 TALLMAN HOLLOW RD MONTOURSVILLE, PA 17754-8591<br>Residence: 40-Acre Farm / Horse Boarding Facility | 6134 |

C.  **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

■ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| USAA Federal Savings Bank | 1435 Scott St Williamsport, PA 17701 Lycoming County<br>3 beds 3 baths 1382 sq ft rental adminstered by Vested Estates LLC | $4,155.50 | $0.00 | $4,155.50 |
| Woodlands Bank | 1345 TALLMAN HOLLOW RD MONTOURSVILLE, PA 17754-8591<br>Residence: 40-Acre Farm / Horse Boarding Facility | $28,519.00 | $0.00 | $28,519.00 |

D.  **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

E.  **Secured claims for which a § 506 valuation is applicable.** *Check one.*
■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F.  **Surrender of Collateral.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G.  **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3.  **PRIORITY CLAIMS.**

A.  **Administrative Claims**

1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney's fees</u>. Complete only one of the following options:

   a.  In addition to the retainer of $ __2,000.00__ already paid by the Debtor, the amount of $ __2,000.00__ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b.  $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
   *Check one of the following two lines.*

3

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B.  Priority Claims (including, certain Domestic Support Obligations)**

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Lycoming County Central Collections | $0.00 |
| Lycoming County Central Collections | $0.00 |

**C.  Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.    UNSECURED CLAIMS**

**A.  Claims of Unsecured Nonpriority Creditors Specially Classified.**
*Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

**B.  Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6.    VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☐    plan confirmation.
☐    entry of discharge.
■    closing of case.

**7.    DISCHARGE: (Check one)**

■ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8.    ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Payments from the plan will be made by the Trustee in the following order:

Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:    Adequate protection payments.
Level 2:    Debtor's attorney's fees.
Level 3:    Domestic Support Obligations.
Level 4:    Priority claims, pro rata.
Level 5:    Secured claims, pro rata.
Level 6:    Specially classified unsecured claims.
Level 7:    Timely filed general unsecured claims.
Level 8:    Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated:  **March 12, 2020** _____     /s/ **Matthew J. Zeigler** _____
                                                  **Matthew J. Zeigler**
                                                  Attorney for Debtor

                                                  /s/ **Robert Scott Schnars** _____
                                                  **Robert Scott Schnars**
                                                  Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

FORM C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Robert Schnars**

**CHAPTER:** 13

**Debtor(s)** | **CASE NO.** 4:19-bk-05102

## CERTIFICATE OF SERVICE

I, certify that I am more than 18 years of age and that on March 12, 2020, I served a copy of 1st Amended Plan on the following parties in this matter.

| Name and Address | Mode of Service |
|---|---|
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | First class mail |
| Best Buy/cbna<br>PO Box 6497<br>Sioux Falls, SD 57117 | First class mail |
| Capital One N.A.<br>PO Box 30281<br>Salt Lake City, UT 84130 | First class mail |
| Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | First class mail |
| Citibank Customer Service<br>PO Box 6500<br>Sioux Falls, SD 57117 | First class mail |
| Discover Fin Svcs LLC<br>POB 15316<br>Wilmington, DE 19850 | First class mail |

FORM C

| | |
|---|---|
| Enhanced Recovery Co L<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | First class mail |
| First Bankcard<br>PO Box 2340<br>Omaha, NE 68103 | First class mail |
| First Premier Bank<br>3820 N. Louise Ave<br>Sioux Falls, SD 57107 | First class mail |
| Jcmcb Card<br>PO Box 15298<br>Wilmington, DE 19850 | First class mail |
| Lending Club Corp<br>595 Market St<br>San Francisco, CA 94105 | First class mail |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10497<br>Greenville, SC 29603 | First class mail |
| Lycoming County Central Collections<br>48 West Third St.<br>Williamsport, PA 17701 | First class mail |
| Mariner Finance<br>8211 Town Center Dr<br>Nottingham, MD 21236 | First class mail |
| Midland Funding<br>320 East Big Beaver<br>Troy, MI 48083 | First class mail |

FORM C

| | |
|---|---|
| Mo Family Support Division<br>PO Box 2320<br>Jefferson City, MO 65102 | First class mail |
| Navy Federal Credit Union<br>820 Follin Ln SE<br>Vienna, VA 22180 | First class mail |
| Northumberland County<br>DOMESTIC RELATIONS SECTION<br>PO BOX 369<br>320 N SECOND ST 2ND FLOOR<br>SUNBURY PA 17801 | First class mail |
| Paypal Credit<br>2211 North First St<br>San Jose, CA 95131 | First class mail |
| Penn Credit Corporation<br>916 S. 14th St.<br>Harrisburg, PA 17104 | First class mail |
| Portfolio Recovery Associates<br>120 Corporate Blvd Suite 1<br>Norfolk, VA 23502 | First class mail |
| Sallie Mae Bank<br>PO Box 3229<br>Wilmington, DE 19804 | First class mail |
| Sunoco Rewards Card<br>6716 Grade Lane<br>Building 9, Suite 910<br>Louisville, KY 40213 | First class mail |
| Syncb/Lowes<br>PO Box 956005<br>Orlando, Fl 32896 | First class mail |

| TD Bank USA/Targetcred<br>PO Box 673<br>Minneapolis, MN 55440 | First class mail |
| --- | --- |
| US Dept of Ed/gleisi<br>2401 International Lane<br>Madison, WI 53704 | First class mail |
| USAA Federal Savings Bank<br>PO Box 47504<br>San Antonio, TX 78265 | First class mail |
| USAA Federal Savings Bank<br>8950 Cypress Waters Blvd<br>Suite B<br>Coppell, TX 75019 | First class mail |
| USAA Savings Bank<br>10750 McDermott<br>San Antonio, TX 78288 | First class mail |
| Woodlands Bank<br>2450 East Third St<br>Williamsport, PA 17701 | First class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  March 12, 2020

Name: /s/Matthew J. Zeigler
*Printed name of Attorney*

Address:  353 Pine Street, Suite 3
Williamsport, PA 17701  570-599-2211