UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT SCOTT SCHNARS DBA:
ELYSIAN FIELDS PA LLC, VESTED
ESTATES LLC                                            CHAPTER 13
    Debtor(s)
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE                                     CASE NO: 4-19-05102-RNO
    Movant
vs.
ROBERT SCOTT SCHNARS DBA:
ELYSIAN FIELDS PA LLC, VESTED
ESTATES LLC
    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 13, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on March 12, 2020.

2. A hearing was held and an Order was entered on April 17, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    s/ Agatha R. McHale, Esq.
    Id: 47613
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    Ph. 717-566-6097
    Fax. 717-566-8313
    eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   ROBERT SCOTT SCHNARS
         DBA: ELYSIAN FIELDS PA LLC,
         VESTED ESTATES LLC            CHAPTER 13

                    Debtor(s)

CHARLES J. DEHART, III                  CASE NO: 4-19-05102-RNO
CHAPTER 13 TRUSTEE
                    Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Courthouse and Federal Building | Date: August 21, 2020 |
| Courtroom #1, 4th Floor | |
| 240 West Third Street | |
| Williamsport, PA 17701 | Time: 10:00 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:  (717) 566-6097
Email:  dehartstaff@pamd13trustee.com

Dated:  July 13, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT SCOTT SCHNARS
 DBA: ELYSIAN FIELDS PA LLC, VESTED ESTATES LLC

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br>ROBERT SCOTT SCHNARS<br> DBA: ELYSIAN FIELDS PA LLC, VESTED ESTATES LLC<br><br>Respondent(s) | CASE NO: 4-19-05102-RNO |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 13, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MATTHEW J ZEIGLER, ESQUIRE<br>ZEIGLER LAW FIRM, LLC<br>353 PINE STREET, SUITE 3<br>WILLIAMSPORT, PA  17701- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | Served electronically |
| ROBERT SCOTT SCHNARS<br>1345 TALLMAN HOLLOW ROAD<br>MONTOURSVILLE, PA  17754-8591 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 13, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ROBERT SCOTT SCHNARS<br>DBA: ELYSIAN FIELDS PA LLC,<br>VESTED ESTATES LLC<br><br>Debtor(s)<br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br>ROBERT SCOTT SCHNARS<br>DBA: ELYSIAN FIELDS PA LLC,<br>VESTED ESTATES LLC<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 4-19-05102-RNO |

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.