```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-05102-RNO
Robert Scott Schnars                                                      Chapter 13
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke              Page 1 of 3               Date Rcvd: Aug 24, 2020
                              Form ID: ordsmiss            Total Noticed: 57
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
```
db             Robert Scott Schnars,    1345 Tallman Hollow Road,   Montoursville, PA 17754-8591
cr            +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S,    11101 West 120th Ave,   Suite 280,
                Broomfield, CO 80021-2756
5276414       +Best Buy/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
5294365        Citibank, N.A.,    5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
5290990       +Courtney Hunter c/o Grant M Kelley Family Supp. Di,    Family Support Division,    11 S Water St,
                Liberty, MO 64068-2370
5276421       +First Bankcard,    PO Box 2340,   Omaha, NE 68103-2340
5285596       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5276424       +Jeffrey Rowe,    442 William Street,   Williamsport, PA 17701-6116
5276428       +LeeAnn Sickels,    1345 Tallman Hollow Road,   Montoursville, PA 17754-8591
5276430       +Lending Club Corp,    595 Market Street,   San Francisco, CA 94105-2807
5276431        Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
5276433       +Lycoming County Central Collections,    48 West Third Street,    Williamsport, PA 17701-6519
5276435       +Mariner Finance,    8211 Town Center Dr,   Nottingham, MD 21236-5904
5276436       +Midland Funding,    320 East Big Beaver,   Troy, MI 48083-1271
5276440       +Northumberland Co Drs,    370 Market St,   Sunbury, PA 17801-3404
5276447       +Sallie Mae Bank Inc,    Po Box 3229,   Wilmington, DE 19804-0229
5276449       +Sunoco Rewards Card,    6716 Grade Lane,   Building 9, Suite 910,    Louisville, KY 40213-3410
5291097       +USAA Federal Bank,    c/o Nationstar Mortgage LLC dba Mr. Coop,    P.O. Box 619096,
                Dallas, TX 75261-9096
5276454       +USAA Federal Savings Bank,    8950 Cypress Waters Blvd,    Suite B,   Coppell, TX 75019-4620
5324652       +USAA Federal Savings Bank,    C/o Weinstein & Riley, P.S.,    11101 West 120th Avenue #280,
                Broomfield, CO 80021-2756
5276452       +Us Dept Of Ed/glelsi,    2401 International Lane,   Madison, WI 53704-3121
5276457       +Woodlands Bank,    2450 E 3rd St,   Williamsport, PA 17701-4082
5276456       +Woodlands Bank,    2450 East Third Street,   Williamsport, PA 17701-4082
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +EDI: PRA.COM Aug 24 2020 23:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
5293595        E-mail/Text: Bankruptcy@absoluteresolutions.com Aug 24 2020 19:21:58
                Absolute Resolutions Investments, LLC,    c/o Absolute Resolutions Corporation,
                8000 Norman Center Drive, Suite 350,    Bloomington, MN 55437
5276413        EDI: AMEREXPR.COM Aug 24 2020 23:18:00      American Express,    PO Box 981535,
                El Paso, TX 79998-1535
5294012        EDI: BECKLEE.COM Aug 24 2020 23:18:00      American Express National Bank,
                c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5280583        EDI: CAPITALONE.COM Aug 24 2020 23:18:00      Capital One Bank (USA), N.A.,
                by American InfoSource as agent,    PO Box 71083,   Charlotte, NC  28272-1083
5276416       +EDI: CAPITALONE.COM Aug 24 2020 23:18:00      Capital One, N.a.,    Po Box 30281,
                Salt Lake City, UT 84130-0281
5277811       +E-mail/Text: bankruptcy@cavps.com Aug 24 2020 19:22:15      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5276418       +EDI: CITICORP.COM Aug 24 2020 23:18:00      Citibank Customer Service,    PO Box 6500,
                Sioux Falls, SD 57117-6500
5280294        EDI: DISCOVER.COM Aug 24 2020 23:18:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,   New Albany Ohio 43054-3025
5276419       +EDI: DISCOVER.COM Aug 24 2020 23:18:00      Discover Fin Svcs Llc,    Pob 15316,
                Wilmington, DE 19850-5316
5276420       +E-mail/Text: bknotice@ercbpo.com Aug 24 2020 19:22:13      Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
5276422       +EDI: AMINFOFP.COM Aug 24 2020 23:18:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
5276417        EDI: JPMORGANCHASE Aug 24 2020 23:18:00      Chase Card Services,    PO Box 15298,
                Wilmington, DE 19850-5298
5276425        EDI: JPMORGANCHASE Aug 24 2020 23:18:00      Jpmcb Card,    Po Box 15298,   Wilmington, DE 19850
5296322        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2020 19:23:17      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5294932       +EDI: MID8.COM Aug 24 2020 23:18:00      Midland Funding LLC,    PO Box 2011,
                Warren MI 48090-2011
5276438       +E-mail/Text: DFAS.bankruptcynotices@dss.mo.gov Aug 24 2020 19:22:18      Mo Family Support Divi,
                Po Box 2320,   Jefferson City, MO 65102-2320
5281271       +EDI: NFCU.COM Aug 24 2020 23:18:00      NAVY FEDERAL CREDIT UNION,    P O BOX 3000,
                MERRIFIELD, VA 22119-3000
5276439       +EDI: NFCU.COM Aug 24 2020 23:18:00      Navy Federal Cr Union,    820 Follin Ln Se,
                Vienna, VA 22180-4907
5288284        EDI: PRA.COM Aug 24 2020 23:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk, VA 23541
5276441       +E-mail/Text: recovery@paypal.com Aug 24 2020 19:21:58      Paypal Credit,    2211 North First St,
                San Jose, CA 95131-2021
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5276443        +EDI: PRA.COM Aug 24 2020 23:18:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
5294547        +EDI: JEFFERSONCAP.COM Aug 24 2020 23:18:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5289062         EDI: Q3G.COM Aug 24 2020 23:18:00      Quantum3 Group LLC as agent for,    JHPDE SPV II LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
5277255         EDI: Q3G.COM Aug 24 2020 23:18:00      Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA 98083-0788
5300442         EDI: SALLIEMAEBANK.COM Aug 24 2020 23:18:00      Sallie Mae,    PO Box 3319,
                 Wilmington, DE 19804-4319
5276450        +EDI: RMSC.COM Aug 24 2020 23:18:00      Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
5276663        +EDI: RMSC.COM Aug 24 2020 23:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5297675        +E-mail/Text: bncmail@w-legal.com Aug 24 2020 19:22:14      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, P.S,    2001 WESTERN AVE, STE 400,    SEATTLE WA 98121-3132
5276451        +EDI: WTRRNBANK.COM Aug 24 2020 23:18:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
5295356        +E-mail/Text: bncmail@w-legal.com Aug 24 2020 19:22:14      USAA FEDERAL SAVINGS BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5276453         EDI: USAA.COM Aug 24 2020 23:18:00      Usaa Federal Savings B,    Po Box 47504,
                 San Antonio, TX 78265
5276455        +EDI: USAA.COM Aug 24 2020 23:18:00      Usaa Savings Bank,    10750 Mcdermott,
                 San Antonio, TX 78288-1600
5294399         EDI: AIS.COM Aug 24 2020 23:18:00      Verizon,    by American InfoSource as agent,    PO Box 4457,
                 Houston, TX  77210-4457
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5276412         Melissa E. Schnars,    Unknown,    Lewisburg, PA
cr*            +Woodlands Bank,    2450 EAST THIRD STREET,    WILLIAMSPORT, PA 17701-4082
5276415*       +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
5276423*       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
5276426*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court:  Jpmcb Card,    Po Box 15298,    Wilmington, DE 19850)
5276427*      ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court:  Jpmcb Card,    Po Box 15298,    Wilmington, DE 19850)
5276429*       +LeeAnn Sickels,    1345 Tallman Hollow Road,    Montoursville, PA 17754-8591
5276432*        Lvnv Funding Llc,    C/o Resurgent Capital Services,    Greenville, SC 29602
5276434*       +Lycoming County Central Collections,    48 West Third Street,    Williamsport, PA 17701-6519
5276437*       +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
5276444*       +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5276445*       +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5276446*       +Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5276448*       +Sallie Mae Bank Inc,    Po Box 3229,    Wilmington, DE 19804-0229
5276442       ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 1, * 13, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:

    Charles J DeHart, III (Trustee)　　TWecf@pamd13trustee.com
    Christopher H Kenyon　　on behalf of Creditor　　Woodlands Bank ckenyon@mcclaw.com, apepperman@mcclaw.com;mkeller@mcclaw.com
    James Warmbrodt　　on behalf of Creditor　　USAA FEDERAL SAVINGS BANK bkgroup@kmllawgroup.com
    James Warmbrodt　　on behalf of Creditor　　USAA Federal Savings Bank, N.A. bkgroup@kmllawgroup.com
    Matthew Joseph Zeigler　　on behalf of Debtor 1 Robert Scott Schnars mjzeigler@comcast.net, r59360@notify.bestcase.com
    United States Trustee　　ustpregion03.ha.ecf@usdoj.gov

                                                TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert Scott Schnars, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 4:19–bk–05102–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: August 24, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)