MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ROBERT SCOTT SCHNARS

Chapter 13
Case Number: 19-05102

## WITHDRAWAL OF PROOF OF CLAIM

Creditor, Verizon by American InfoSource as agent, hereby withdraws its Proof of Claim, filed on 01/24/2020, marked as claim number 22 on the court's claims register, for the account number ending in 0001, and in the amount of $477.36.

Dated: 10/05/2020

/s/ Ashley Boswell

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Reference Number: 7130739Withdraw

0001